UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:03-00190 |
| | ) | JUDGE CAMPBELL |
| LAMARR FLETCHER | ) | |

ORDER

In light of the prior Order of recusal (3:12-00830, Docket No. 7, August 14, 2012), I hereby recuse myself in this matter.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE